**Order filed March 29, 2019**



In The

# Eleventh Court of Appeals

_____

## No. 11-18-00306-CV

_____

**TRINITY D. CRAWFORD, INDIVIDUALLY AND ON BEHALF OF PRECISION FRAC, LLC, BLUE GOLD ENERGY, LLC, BLUE GOLD ENERGY BARSTOW, LLC, AND KARMIC ENERGY, LLC; CHAD A. CARSON, INDIVIDUALLY AND ON BEHALF OF PRECISION FRAC, LLC, BLUE GOLD ENERGY, LLC, BLUE GOLD ENERGY BARSTOW, LLC, AND KARMIC ENERGY, LLC; KALEE VANMETER; AND DONNIE SEBURG,** Appellants/Cross-Appellees

**V.**

**JARROD E. DAVIS A/K/A JARED E. DAVIS,** Appellee/Cross-Appellant

**On Appeal from the 142nd District Court**
**Midland County, Texas**
**Trial Court Cause No. CV54756**

# **O R D E R**

In this accelerated anti-SLAPP appeal, Appellee has filed a motion to dismiss, and Appellants have filed a motion to strike Appellee's brief and an emergency motion for leave to file bankruptcy. In the latter motion, Appellants ask this court to rule that Trinity D. Crawford has the ability and authority to hire bankruptcy counsel and begin bankruptcy proceedings on behalf of Precision Frac, LLC. In their motion, Appellants also ask this court to remove this appeal from the April 11, 2019 oral-argument setting.

Due to the nature of these proceedings, we have expedited the oral argument of this case. Appellants' request to remove the case from the April 11, 2019 oral-argument setting is denied. All pending motions will be carried until the oral argument, at which time they will be considered in addition to the merits of the appeal.

PER CURIAM

March 29, 2019

Panel consists of: Bailey, C.J.,
Stretcher, J., and Wright, S.C.J.[1]

Willson, J., not participating.

---

[1]Jim R. Wright, Senior Chief Justice (Retired), Court of Appeals, 11th District of Texas at Eastland, sitting by assignment.